[No. 6155.]

## T. P. HEATH v. M. T. WALLACE.

EVIDENCE IN EJECTMENT.—In an action of ejectment, it is error to exclude evidence offered by the plaintiff to prove that defendant entered with permission and as tenant of the plaintiff.

APPEAL from the District Court of the Fifth Judicial District, County of San Joaquin. The plaintiff appealed. The facts sufficiently appear in the opinion of the Court.

*John B. Hall*, for Appellant.

*W. L. Dudley*, for Respondent.

By the Court, CROCKETT, J.:

The action being ejectment, the plaintiff offered to prove that the defendant entered upon the demanded premises " by the permission and as the tenant of the plaintiff." But on the objection of the defendant that the evidence was irrelevant and immaterial, it was excluded by the Court, to which ruling the plaintiff excepted.

We can conceive of no ground on which the ruling can be supported.

Judgment and order reversed, and cause remanded for a new trial.

Mr. Justice NILES did not express any opinion.